UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATANAEL T.W., Petitioner, v. WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER et al., Respondents. | No. 1:26-cv-4967-TLN-CSK<br>A# 241-307-200<br>**RELEASE ORDER** |

Petitioner, an immigration detainee proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 27, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 9.) Respondents filed a one-sentence objection to the findings and recommendations reasserting "the reasons set forth in their previous pleadings." (ECF No. 10.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. The Court has reviewed the entire file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 9) are adopted in full.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner (A# 241-307-200) under the same conditions he was previously released in May 2023 under an Order of Release on Recognizance. At or before the time of release, Respondents are ordered to return all of Petitioner's documents and possessions and provide Petitioner with a copy of this Order. Respondents shall file a **notice of compliance by September 1, 2026**.

4. Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner unless they obtain a travel document for his removal to a country listed in his order of removal and until they follow all applicable constitutional and statutory protections, including a minimum of seven-days' pre-deprivation notice and strict compliance with the requirements of 8 C.F.R. §§ 241.13(i) and 241.4(l).

5. The Clerk of the Court is directed to serve a copy of this Order on the **California City Immigration Processing Center**.

6. The Clerk of Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Date: August 27, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE